BANK OF HUNTINGTON AND TRUST COMPANY, Appellant, v. CHARLES A. SOPER and Another, Respondents.— Judgment in a judgment creditor's action dismissing complaint on findings made by the court unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

DEL FUNGO GIERA, Respondent, v. ROCKLAND LIGHT AND POWER COMPANY, Appellant.— Order granting the issuance of open commissions to take the testimony of three material witnesses outside the State on certain conditions affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

RAY G. HARRISON, Appellant, v. TONY GARGIULO and Another, Respondents. — The defendants, evidently being in default in pleading, served an answer after time for service thereof had expired and it was returned with the notation that the time to answer had expired. Then the defendants claimed that the summons and complaint had been served on them on a day later than that stated in the affidavit of service and sought to compel the acceptance of the answer. It was practically a motion to open a default, and is so recognized in the order granted. The answer is a general denial of the facts stated as based chiefly on the contents of a deed. There is no affidavit of merits. However, the defendants may have some equitable defenses and should have the right to contest the amount of damages claimed by the plaintiff. Under the circumstances terms should be imposed on the defendants in opening the default. Order modified by providing that the default shall be opened on condition that the defendants pay twenty-five dollars costs, with leave to serve an answer within ten days from the date of the entry of the order herein, and as so modified the order is affirmed, with ten dollars costs and disbursements to appellant. In case the defendants fail to comply with the conditions above stated and serve their answer within ten days, the order is reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Wooley Avenue (Forest Hill Road) from Willowbrook (Gun Factory) Road to Victory Boulevard (Richmond Turnpike), in the Borough of Richmond, City of New York. LOUALED DEVELOPMENT COMPANY, INC., Appellant.— Final decree in a street opening proceeding, so far as it affects damage parcel No. 2, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Neptune Avenue from Shell Road to West Twenty-seventh Street, etc., in the Borough of Brooklyn, City of New York. FERDINANDO SALERNO, Appellant; JACOB ZUCKERMAN and Another, Respondents.— Order confirming the report of an official referee and apportioning an award arising out of condemnation proceedings in accordance therewith, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.